608 S.E.2d 484

Melvin G. PERRY, Appellant,

v.

Tom DELISLE, t/a R & T Construction and<br>Uninsured Employers' Fund, Appellees.

Record No. 0439-04-1.

Court of Appeals of Virginia.

Feb. 1, 2005.

Before Chief Judge FITZPATRICK, Judges BENTON, ELDER, ANNUNZIATA *, FRANK, HUMPHREYS, CLEMENTS, FELTON, KELSEY and McCLANAHAN.

Upon a Petition for Rehearing En Banc

On December 14, 2004 came appellee Tom Delisle, t/a R & T Construction, by counsel, and on December 17, 2004 came appellee Uninsured Employers' Fund, by counsel, and filed petitions praying that the Court set aside the judgment ren-

---

**3.** We do not preclude by this holding the trial court's other remedies for failure to abide by its orders.

* Judge Rosemarie Annunziata participated in the consideration of this case prior to the effective date of her retirement on December 31, 2004.

dered herein on November 30, 2004, and grant a rehearing *en banc* thereof.

On consideration whereof, the petitions for rehearing *en banc* are granted, the mandate entered herein on November 30, 2004 is stayed pending the decision of the Court *en banc*, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. Each appellee shall attach as an addendum to their respective opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that each appellee shall file with the clerk of this Court six additional copies of the appendix previously filed in this case. Should the appellant file an answering brief, he shall file one brief that addresses all issues raised by each appellee in their respective pleadings.